

AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 3 0 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) |
| | )  Case No.   8:18MJ478 |
| Devontez Bobo | ) |
| | ) |
| | )  Case# 4:19-MJ-27-BD |
| *Defendant* | ) |

**SEALED**

**COPY**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **Devontez Bobo**                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) & (b)(1) - Distribution of a Controlled Substance
18:924(c) - Use Carry a firearm during offense

Date: 12-12-18

City and state:    Omaha, Nebraska

*Susan M Bazis*
*Issuing officer's signature*

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |



AO 91 (Rev. 11/11) Criminal Complaint

SEALED

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 8:18MJ478 |
| | ) | |
| Devontez Bobo | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 12 2018

OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Nov. 15, 2018_____ in the county of _____Douglas_____ in the

_____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) & (b)(1)<br>18:924(c) | Ct. I: Defendant did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.<br>Ct. II: Defendant did knowingly use and carry a firearm, to wit: a Colt .32 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is the offense described in Count I. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas VARPE TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-12-18

_____
*Judge's signature*

City and state:        Omaha, Nebraska            Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

12:23 DEC12'18 USMSNE

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JAN 23  PM 5: 08

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTEZ BOBO,<br><br>Defendant. | 8:19CR36<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1) & 924(a)(2) |

The Grand Jury Charges:

## COUNT I

On or about October 26, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about October 29, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about November 15, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about November 15, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly use and carry a firearm, to wit: a Colt .32 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT V

On or about November 15, 2018, in the District of Nebraska, the defendant, DEVONTEZ BOBO, having been convicted on November 2, 2012, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: accessory to a felony and possession of a stolen firearm, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Colt .32 caliber handgun.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL ·


FOREPERSON


The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.


MATT E. LIERMAN
Assistant United States Attorney