**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

(Post. 01/18/2017)

JAN **3 0** 2019

# United States District Court
## Eastern District of Arkansas

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

United States of America

# NOTICE

v.

Devontez Bobo

CASE NUMBER:   4:19-MJ-27-BD

| TYPE OF CASE: | ☐ **CIVIL** | ☒ **CRIMINAL** |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE   Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas 72201 | ROOM NO.   1D |
|---|---|
| | DATE AND TIME   February 1, 2019, 10:00 a.m. |

TYPE OF PROCEEDING

Initial Appearance Hearing before Magistrate Judge Beth Deere

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE   Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas 72201 | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/31/2019

DATE

Suzy Flippen

(BY) DEPUTY CLERK

To: Attorneys of record